

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2020

No. 04-19-00212-CR

Sean Leroy **HAYS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-0232-CR-A
Honorable William Old, Judge Presiding

# O R D E R

This court is in receipt of a pro se letter dated April 23, 2020, in which appellant asks this court for assistance obtaining affidavits that "are not in the court records." Appellant's request is DENIED. This court may not consider affidavits or other materials that are not part of the appellate record. Hiatt v. State, 319 S.W.3d 115, 123 (Tex. App.—San Antonio 2010, pet. ref'd) (citing Jack v. State, 149 S.W.3d 119, 121 n.1 (Tex. Crim. App. 2004)).

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2020.

_____
Michael A. Cruz,
Clerk of Court